UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-14067-CR-MOORE

UNITED STATES OF AMERICA,

    Plaintiff(s),

vs.

BRIAN GREGORY KILGO,

    Defendant(s).
_____/

## JUDGMENT OF ACQUITTAL

The above-entitled cause having come on for trial and the jury having found the Defendant Brian Gregory Kilgo **Not Guilty** as to Count One, Count Two and Count Three on December 13, 2007, Judgment of Acquittal is hereby entered as to the above Defendant as to Counts One, Two and Three. Further, it is

ORDERED AND ADJUDGED that the Defendant be discharged and exonerated on bond, if any, as to the counts hereinabove specified.

DONE AND ORDERED in Chambers, at Miami, Florida, this 14th day of December, 2007.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

copies furnished to:

All counsel and pro se parties of record